

# COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

ORDER

Appellate case name: Liberty Insurance Corporation v. Muhammad Qamar and Naheed Jehan

Appellate case number: 01-17-00872-CV

Trial court case number: 1071370

Trial court: County Civil Court at Law No. 1 of Harris County, Texas

On November 13, 2017, Liberty Insurance Corporation timely filed a petition for permissive appeal of the amended order denying summary judgment, signed by the county court on October 31, 2017. *See* TEX. R. APP. P. 28.3(a). No response or cross-petition has been timely filed. *See id.* 28.3(f). Accordingly, after reviewing the petition, the Court **GRANTS** the petition. *See id.* 28.3(e), (j).

Liberty Insurance Corporation is deemed to have filed a notice of appeal as of the date of this order, and this appeal is governed by the rules for accelerated appeals. *See* TEX. R. APP. P. 26.1(b), 28.3(k). Liberty Insurance Corporation filed the docketing statement required by Rule 32.1 on December 8, 2017, and a separate notice of appeal need not be filed. *See id.* 28.3(i), (k).

The Clerk of this Court is instructed to file a copy of this order with the county civil court clerk. *See* TEX. R. APP. P. 28.3(k).

It is so ORDERED.

Judge's signature: /s/ Evelyn V. Keyes
                        Acting for the Court

Panel consists of Justices Keyes, Brown, and Lloyd.

Date: December 12, 2017